1  ANTHONY P. SGRO, ESQ
   Nevada State Bar No. 3811
2  PATTI, SGRO & LEWIS
   720 S. Seventh Street, Third Floor
3  Las Vegas, NV 89101
4  Telephone: (702) 385-9595
   Facsimile: (702) 386-2737
5  tsgro@pattisgrolewis.com
   *Attorneys for Plaintiff*
6
7                    UNITED STATE DISTRICT COURT
8                         DISTRICT OF NEVADA
9                              * * *

10 LINDA BRAUN,                          CASE NO.: 2:12-cv-00380-GMN-RJJ
11         Plaintiff,
12    vs.
13 THE HARTFORD INSURANCE
   COMPANY, and DOES I through X, and
14 ROE CORPORATIONS I through X,
   inclusive,
15
16         Defendants.

17              **NOTICE OF CHANGE OF ATTORNEY**

18    Comes Now, Plaintiff, Harvey Roth, by and through his undersigned counsel, Law Offices

19 of Patti, Sgro & Lewis and hereby provides Notice of Change of Lead Attorney, Michelle M.

20 Jones, Esq. is no longer Attorney of Record in this matter as he is no longer with the law office of

21 Patti, Sgro & Lewis.  Anthony P. Sgro, Esq. has taken over as lead counsel in this matter and

22 requests that his name be added to the CM/ECF mailing list and that Ms. Jones be removed from

24 ///
25 ///
26 ///
27 ///
28

the participating counsel list in this case, as she is no longer with the firm.

Dated this 3rd day of July, 2012

SO ORDERED.

_____
U.S. Magistrate Judge
Date: Aug. 15, 2012

PATTI, SGRO & LEWIS

/s/ *Anthony P. Sgro, Esq.*
ANTHONY P. SGRO, ESQ.
Nevada State Bar No. 003811
720 South Seventh St., Third Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that on the 3rd of July, 2012, service of the foregoing was made by depositing a true and correct copy of the same, enclosed in a sealed envelope upon which first class postage was fully prepaid, in the Unites States Mail at Las Vegas, Nevada addressed as follows:

Darren T. Brenner, Esq
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Ste. # 600
Las Vegas, NV 89169
*Facsimile: (702) 949-8398*
*Attorney for Defendant*

/s/ *Phanalai Anderson*
An Employee of PATTI, SGRO & LEWIS